■ In the Matter of ANN RADER TROITINO JOHNSTON, Admitted as ANN RADER TROITINO. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT.—Motion denied wherein it seeks reargument, and granted wherein it seeks leave to appeal to the Court of Appeals, and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Smith, JJ.